The People of the State of Illinois, defendant in error, v. George McGinnis, plaintiff in error.   Gen. No. 34,862.

Heard in the first division of this court for the first district at the February term, 1931.   Opinion filed March 23, 1931.

John B. Fruchtl, for plaintiff in error. John A. Swanson, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.